IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| WILLIAM MOSS, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) CV 319-035<br>) |
| TELFAIR STATE PRISON, | )<br>) |
| Defendant. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 11.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 8th day of July, 2019, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE