# United States District Court
## Southern District of Georgia

WILLIAM MOSS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 319-035

TELFAIR STATE PRISON,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated July 8, 2019 adopting the Magistrate Judge's Report and Recommendation as the Court's opinion, that Plaintiff's complaint is dismissed for failure to state a claim upon which relief may be granted. This case stands closed.

07/08/2019
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*